**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA    :    No. 68 MM 2019

                   v.                          :

AARON DURELL GRIFFIN             :

PETITION OF: SCOTT CHRISTIAN    :
MCINTOSH                               :

## ORDER

**PER CURIAM**

       **AND NOW**, this 13th day of September, 2019, in consideration of the Application to Withdraw as Counsel, this matter is REMANDED to the Court of Common Pleas of Berks County for that court to determine whether Aaron Durell Griffin's present counsel should be permitted to withdraw.

       If present counsel is permitted to withdraw, the court is DIRECTED to resolve any issues relative to Aaron Durell Griffin being appointed counsel or granted leave to proceed *pro se.*

       The Court of Common Pleas of Berks County is DIRECTED to enter its order regarding this remand within 60 days and to promptly notify this Court of its determination.